IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:12-CR-120 |
| | § | |
| NICOLE LATRICE JOHNSON | § | |

# ELEMENTS OF THE OFFENSE

You are charged in Count One of an information with a violation of 18 U.S.C. § 1012, Department of Housing and Urban Development fraud.

The essential elements which must be proven to establish the 18 U.S.C. § 1012 violation are:

1. That you made a false statement or report;

2. That the false statement or report was made with the intent to result in your fraudulently receiving any compensation or reward, to-wit a mortgage loan modification from the U.S. Department of Housing and Urban Development.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Joseph R. Batte
JOSEPH R. BATTE
Assistant United States Attorney
Eastern District of Texas
350 Magnolia, Suite 150
Beaumont, Texas 77701
409/839-2538
409/839-2550 Fax
Texas Bar No. 01918070

Elements of the Offense - Page 1

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was delivered by United States postal mail to defendant's attorney Thomas J. Burbank on the 14th day of November, 2012.

                                        /s/ Joseph R. Batte
                                        JOSEPH R. BATTE